EDWARD. HOOSE, an Infant, by ELLA HOOSE, His Guardian ad Litem, Appellant, *v.* S. S. DRUMM et al., as Trustees of School District No. 1 of the Town of Stuyvesant, Respondents.

Submitted May 26, 1941; decided June 5, 1941.

Motion to amend remittitur granted. Return of remittitur requested and when returned it will be amended to provide that the judgment is affirmed, without costs. Motion for reargument denied. (See 281 N. Y. 54.)